

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00716-CR

**EX PARTE** George **TROTTI**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7385-W2
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due on January 9, 2023. On January 17, 2023, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to file the brief or a motion to dismiss by January 27, 2023. We warned Appellant that if he did not comply with our order, we would abate this appeal and remand the cause to the trial court for an abandonment hearing. To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We **abate** this appeal and **remand** the cause to the trial court. *See* TEX. R. APP. P. 38.8(b)(2); *D.L.M. v. State*, No. 03-16-00240-CV, 2016 WL 3677806, at *1 (Tex. App.—Austin July 6, 2016, no pet.) (mem. op.). We **order** the trial court to conduct a hearing in compliance with Rule 38.8(b)(3) to answer the following questions:

(1)    Does Appellant desire to prosecute his appeal?

(2)    Is Appellant indigent?

(3)    If not indigent, has retained counsel abandoned the appeal?

*See* TEX. R. APP. P. 38.8(b)(2).

The trial court is further **ordered** to file supplemental clerk's and reporter's records in this court, not later than **thirty days** from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. *See id.* This court will consider the supplemental records in its

determination as to whether to proceed without briefs. *See id.* R. 38.8(b)(4); *Parker v. State*, 69 S.W.3d 677, 678 (Tex. App.—Waco 2002, no pet.).

All other appellate deadlines are **suspended** pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court